UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Sandra B. Scruggs, ) | Civil Action No. 0:16-cv-779-MGL-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the Defendant's Motion to Remand and with the consent of Plaintiff, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Clerk of Court is directed to enter a final judgment that ends this civil action.

**IT IS SO ORDERED.**

s/Mary G. Lewis<br>
Mary Geiger Lewis<br>
United States District Judge

September 28, 2016

Columbia, South Carolina