

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| SANDRA B. SCRUGGS, | § | Civil Action No. 0:16-cv-779-MGL |
| Plaintiff, | § | |
| | § | |
| vs. | § | **ORDER** |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) filed on October 27, 2016. *See* 28 U.S.C. § 2412. Plaintiff requests an award of $2,035 in attorney's fees, $22.67 for expenses, and $400 for costs. Defendant does not object to Plaintiff's request.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)), and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that Plaintiff's motion under the EAJA is granted in the amount of $2,035 in attorney's fees, $22.67 for expenses, and $400 for costs.

IT IS SO ORDERED.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2016
Columbia, South Carolina